# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 14-5604 BRO (SSx) | Date | November 16, 2016 |
| Title | Surf City Steel, Inc., et al. v. International Longshore and Warehouse Union, et al. | | |

Present: The Honorable **SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

| Marlene Ramirez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS (DKT 109)**

The Court, on its own motion, continues the hearing on the above-referenced motion from December 6, 2016 to **December 13, 2016 at 10:00 a.m.**

IT IS SO ORDERED.

00 : 00

Initials of Preparer    mr