Robert S. Remar (SBN 100124)
*rremar@leonardcarder.com*
Eleanor Morton (SBN 220407)
*emorton@leonardcarder.com*
Lindsay R. Nicholas (SBN 273063)
*lnicholas@leonardcarder.com*
LEONARD CARDER, LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400 / Fax: (415) 771-7010

*Attorneys for Defendants* ILWU AND ITS LOCALS 8, 10 AND 19

Steve Holguin (SBN 115768)
*sholguin@hgmglaw.com*
Gillian B. Goldberg (SBN 245662)
*ggoldberg@ hgmglaw.com*
Michael Plank (SBN 290943)
*mplank@ hgmglaw.com*
HOLGUIN, GARFIELD,
MARTINEZ & GOLDBERG, APLC
800 West 6th Street, Suite 950
Los Angeles, CA  90017
Tel: (213) 623-0170 / Fax: (213) 623-0171

*Attorneys for Defendant* ILWU LOCAL 13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURF CITY STEEL, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, et al. | Case No. 2:14-cv-05604-BRO-SS<br>Hon. Beverly Reid O'Connell<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR FOR LEAVE TO FILE A MOTION FOR SUMMARY JUDGMENT ON THE MERITS OF PLAINTIFFS' REMAINING ANTITRUST CLAIMS**<br><br>[L.R. 7-19]<br><br>Date:  Dec. 19, 2016<br>Time: 1:30 pm<br>Court: 7C |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on Monday, December 19, 2016 at 1:30 p.m., or as soon thereafter as the matter can be heard in Courtroom 7C of the United States District Court, located at 350 West 1st Street, Los Angeles, California, the Honorable Beverly Reid O'Connell presiding, Defendants International Longshore and Warehouse Union ("ILWU") and ILWU Locals 8, 10, 13, and 19 will move the Court for an order granting Defendants leave to file a motion for summary judgment on the merits of the antitrust claims remaining in this matter by January 19, 2017, and a corresponding continuance of the trial date to June 6, 2017, to allow the motion to be heard.

This case has had a phased schedule, whereby the parties first conducted discovery limited to the non-statutory labor exemption and are currently conducting discovery on the merits of the antitrust claims. The ongoing merits discovery has revealed solid bases for resolving Plaintiffs' claims as a matter of law. Permitting Defendants to file a motion for summary judgment as to the merits of the claims at issue will also serve the purpose of efficiency and judicial economy.

During the meet and confer process regarding this motion, Plaintiffs objected to Defendants' seeking leave to file a motion for summary judgment within the Court's current deadlines or prior to the close of discovery because it would prejudice Plaintiffs. To address Plaintiffs' concern, Defendants seek leave to file by January 19, 2017, one week after the close of discovery. This necessitates a hearing date of March 13, 2017. Because this is only one week before the date the trial is currently scheduled to begin, March 21, 2017. To allow time for the Court to consider and rule on the motion and for the parties to have the benefit of the ruling before trial preparation and to accommodate Plaintiffs' unavailability in May, Defendants request a June 6, 2017 trial date.

1  This motion is based upon this Notice of Motion and Motion, the
2  accompanying Memorandum of Points and Authorities, and the Declaration of
3  Eleanor Morton filed herewith, as well as all pleadings and papers on file in this
4  action, and upon such other matters as may be presented to the Court at the time
5  of the hearing.

6  The parties met and conferred regarding this motion on November 9, 2016,
7  in compliance with L.R. 7-3.

                                              Respectfully submitted,

Dated: November 21, 2016        LEONARD CARDER, LLP

By:   /s/
Robert S. Remar
Eleanor Morton
Lindsay R. Nicholas

*Attorneys for Defendants*
INTERNATIONAL LONGSHORE AND
WAREHOUSE UNION AND ITS
LOCALS 8, 10 AND 19

Dated: November 21, 2016        HOLGUIN, GARFIELD, MARTINEZ
   & GOLDBERG, APLC

By:   /s/
Steve Holguin
Gillian B. Goldberg
Michael Plank

*Attorneys for Defendant*
INTERNATIONAL LONGSHORE AND
WAREHOUSE UNION LOCAL 13