1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURF CITY STEEL, INC., et al.<br><br>       Plaintiffs,<br><br>v.<br><br>INTERNATIONAL LONGSHORE<br>AND WAREHOUSE UNION, et al.,<br><br>       Defendants. | Case No. 2:14-cv-05604-BRO-SS<br>Hon. Beverly Reid O'Connell<br><br>**[PROPOSED] ORDER GRANTING<br>DEFENDANTS' MOTION FOR<br>LEAVE TO FILE A MOTION FOR<br>SUMMARY JUDGMENT**<br><br>Date:    Dec. 19, 2016<br>Time:   1:30 P.M.<br>Dept.:  7C |

This matter came on regularly for hearing before the Honorable Beverly Reid O'Connell in Courtroom 7C of the above-entitled Court on December 19, 2016, pursuant to a duly noticed Motion for Leave to File a Motion for Summary Judgment.

Leonard Carder, LLP appeared on behalf of ILWU and ILWU Locals 8, 10 and 19. Holguin, Garfield, Martinez & Goldberg, APLC appeared on behalf of Defendant ILWU Local 13. Weinberg, Roger and Rosenfeld, APL and Hartnett Gladney Hetterman, LLC appeared on behalf of Plaintiffs Surf City Steel, Inc. and Sarens USA, Inc.

After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, I find that Defendants' motion should be granted.

Therefore,

IT IS HEREBY ORDERED that Defendants shall have until January 19, 2017 to file a motion for summary judgment on the merits of Plaintiffs' claims.

IT IS FURTHER ORDERED that trial is continued to June 6, 2017.

SO ORDERED.

Dated:_____                    _____

Honorable Beverly Reid O'Connell
United States District Court Judge