UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURF CITY STEEL, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, et al.,<br><br>　　　　　　Defendants. | No. 2:14-CV-05604 BRO (SS)<br><br>**PROPOSED ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO FILE A MOTION FOR SUMMARY JUDGMENT ON THE MERITS OF PLAINTIFFS' ANTI-TRUST CLAIMS**<br><br>Date:　December 19, 2016<br>Time:　1:30 p.m.<br>Court:　7C |

This matter came on regularly for hearing before the Honorable Beverly Reid O'Connell in Courtroom 7C of the above-entitled Court on December 19, 2016, pursuant to a duly noticed Motion for Leave to File a Motion for Summary Judgment as to the sufficiency of Plaintiffs' Anti-Trust Claims.

Leonard Carder, LLP appeared on behalf of ILWU and ILWU Locals 8, 10 and 19. Holguin, Garfield, Martinez & Goldberg, APLC appeared on behalf of

1

[Proposed] Order Denying Defendants' Motion For Leave To File A Motion For Summary Judgment On The Merits Of Plaintiffs' Anti-Trust Claims
Case No. 2:14-CV-05604 BRO (SS)

Defendant ILWU Local 13. Weinberg, Roger and Rosenfeld, APC appeared on behalf of Plaintiffs Surf City Steel, Inc. and Sarens USA, Inc. and Hartnett Gladney Hetterman, LLC appeared on behalf of Plaintiffs Surf City Steel, Inc. and Sarens USA, Inc.

After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, I find that Defendants' Motion should be denied.

Therefore,

IT IS HEREBY ORDERED that Defendants' Motion for Leave to File a Motion for Summary Judgment on the Merits of Plaintiffs' Anti-Trust Claims is DENIED.

SO ORDERED:

Dated:_____    _____
                              Honorable Beverly Reid O'Connell
                              United States District Court Judge

135270\891705