1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURF CITY STEEL, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, et al.,<br><br>　　　　　Defendants. | No. 2:14-CV-05604 BRO (SS)<br><br>**PROPOSED ORDER DENYING DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date:　December 13, 2016<br>Time:　10:00 a.m.<br>Court:　590 |

　　　This matter came on regularly for hearing before the Honorable Suzanne H. Segal in Courtroom 590 of the above-entitled court on December 13, 2016, pursuant to a duly noticed Motion to Compel Production of Documents filed by Defendants.

　　　Leonard Carder, LLP appeared on behalf of ILWU and ILWU Locals 8, 10 and 19, Holguin, Garfield, Martinez & Goldberg, APLC appeared on behalf of Defendant ILWU Local 13. Weinberg, Roger and Rosenfeld, APC and Hartnett

1  Gladney Hetterman, LLC appeared on behalf of Plaintiffs Surf City Steel, Inc. and
2  Sarens USA, Inc.
3    After consideration of the briefs and arguments of counsel, and all other
4  matters presented to the Court,
5    IT IS HEREBY ORDERED that Defendants' Motion to Compel is hereby
6  DENIED.

**SO ORDERED:**

Dated:_____     _____
Honorable Suzanne H. Segal
United States District Court Judge

135270\891716