Clifford D. Sethness
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Los Angeles, CA 90071-3132
Phone: (213) 612-2500  Fax: (213) 612-2501

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURF CITY STEEL, INC., *et al.*,<br><br>Plaintiff(s)<br>v.<br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, *et al.*,<br><br>Defendant(s). | CASE NUMBER<br><br>2:14-cv-05604-BRO-SS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Wick, Ronald F.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 851-2070           (202) 851-2081
*Telephone Number*       *Fax Number*

rwick@cohengresser.com
*E-Mail Address*

of

COHEN & GRESSER LLP
1707 L Street, N.W., Suite 550
Washington, D.C.  20036
Telephone:  (202) 851-2070
Facsimile:  (202) 851-2081

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Pacific Maritime Association

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☒ *Other:*  Non-Party

**and designating as Local Counsel**

Sethness, Clifford D.
*Designee's Name (Last Name, First Name & Middle Initial)*

212975                (213) 612-2500       (213) 612-2501
*Designee's Cal. Bar No.*  *Telephone Number*   *Fax Number*

clifford.sethness@morganlewis.com
*E-Mail Address*

of

MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Los Angeles, CA 90071-3132

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

_____
**U.S. District Judge/U.S. Magistrate Judge**

G-64 Order (05/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1