UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURF CITY STEEL, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL LONGSHORE<br>AND WAREHOUSE UNION, et al. | Case No. 2:14-cv-05604-BRO (SSx)<br>Hon. Beverly Reid O'Connell<br><br>**ORDER GRANTING<br>STIPULATED PROTECTIVE<br>ORDER** |

The Court finds good cause to approve the protective order to which the Parties have jointly stipulated.

**IT IS SO ORDERED.**

12/16/16                                   /S/ SUZANNE H. SEGAL
Dated                                      United States Magistrate Judge