UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURF CITY STEEL, INC., *et al.*,<br><br>        Plaintiffs,<br><br>    vs.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, *et al.*,<br><br>        Defendants. | Case No.: 2:14-cv-05604-BRO (SSx)<br>Hon. Beverly Reid O'Connell<br><br>**ORDER APPROVING STIPULATED MODIFIED PROTECTIVE ORDER** |

The Court finds good cause to approve the Stipulated Modified Protective Order to which the parties have jointly stipulated.

**IT IS SO ORDERED.**

_1/11/17_          \_\_\_\_\_/S/ SUZANNE H. SEGAL_____
Date                    The Hon. Suzanne H. Segal
                        United States Magistrate Judge