DAVID A. ROSENFELD, Bar No. 058163
LISL R. DUNCAN, Bar No. 261875
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
800 Wilshire Blvd, Suite 1320
Los Angeles, California 90017
Tel: (213) 380-2344
Fax: (213) 443-5098
E-Mail: drosenfeld@unioncounsel.net
  lduncan@unioncounsel.net

RONALD C. GLADNEY, Bar No. 28160
PAUL C. HETTERMAN, Bar No. 27126
HARTNETT GLADNEY HETTERMAN, L.L.C.
4399 Laclede Avenue
St. Louis, Missouri 63108
Tel: (314) 531-1054
Fax: (314) 531-1131
E-Mail: rgladney@hghllc.net
  phetterman@hghllc.net

AttnysFor

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURF CITY STEEL, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL LONGSHORE and WAREHOUSE UNION, et al.,<br><br>Defendants. | Case No. 2:14-05604 BRO (SS)<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANT PACIFIC MARITIME ASSOCIATION'S EX PARTE APPLICATION FOR AN ORDER GRANTING LEAVE TO FILE A SUR-REPLY** |

Defendant Pacific Maritime Association ("PMA") is seeking leave to file a *Sur-Reply* in Support of Its Motion to Modify this Court's Scheduling Order based upon "new disclosures" made by Plaintiffs.

Plaintiffs made their initial Rule 26 disclosures in September 2015. As a recently-joined party, PMA made its disclosures on or about February 2, 2017, 30 days after being joined as a party.

During conversations with Counsel for PMA, Plaintiffs' Counsel indicated that he did not believe that Plaintiffs needed to supplement their Rule 26 disclosures, but Plaintiffs would do so as a courtesy, if PMA requested. Several days later, PMA requested supplemental disclosures from Plaintiffs and Plaintiffs forwarded those disclosures under cover of February 7, 2017. The so-called "new" witnesses identified in this disclosure were either previously disclosed in discovery or made known to Plaintiffs shortly before said disclosure.

PMA claims that the Plaintiffs have suggested a new trial date of September 26, 2017 based on discovery remaining to be completed as of January 30, 2017. This is simply not true. In their opposition to a new trial date in late November 2017, Plaintiffs did indicate that several depositions were scheduled for late February and early March 2017 and identified those depositions to be taken. Of the 16 witnesses identified in Plaintiffs' original disclosure, the discovery schedule only included the deposition of one of those witnesses, i.e., Surf City Steel. If PMA felt that it was necessary to depose every individual who had been disclosed, PMA could have so stated in its original Reply in Support of Its Motion for a Continuance.

If, as Plaintiffs suggest, this case is set for trial on September 26, 2017, the discovery cut-off date will be July 18, 2017. Nothing contained in PMA's proposed *Sur-Reply* demonstrates that discovery cannot be completed by that date.

WHEREFORE, should this Court decide to continue this case, Plaintiffs respectfully request that the new trial date be September 26, 2017.

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
800 Wilshire Blvd, Suite 1320
Los Angeles, California 90017
(213) 380-2344

2

PLAINTIFFS' RESPONSE TO DEFENDANT PACIFIC MARITIME ASSOCIATION'S EX PARTE APPLICATION FOR AN ORDER GRANTING LEAVE TO FILE A SUR-REPLY
Case No. CV 14-5604 BRO (SS)

Dated: February 10, 2017							HARTNETT GLADNEY HETTERMAN

							By:	/s/ Paul C. Hetterman
								Ronald C. Gladney
								Paul C. Hetterman

								*Attorneys for Plaintiffs*

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
800 Wilshire Blvd, Suite 1320
Los Angeles, California 90017
(213) 380-2344

3

PLAINTIFFS' RESPONSE TO DEFENDANT PACIFIC MARITIME ASSOCIATION'S EX PARTE APPLICATION FOR AN ORDER GRANTING LEAVE TO FILE A SUR-REPLY
Case No. CV 14-5604 BRO (SS)