1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| SURF CITY STEEL, INC., *et al.*, | Case No. 2:14-cv-05604-BRO-SS |
|---|---|
| Plaintiffs, | **ORDER GRANTING DEFENDANT PACIFIC MARITIME ASSOCIATION'S *EX PARTE* APPLICATION FOR AN ORDER GRANTING LEAVE TO FILE SUR-REPLY IN SUPPORT OF MOTION TO MODIFY THE SCHEDULING ORDER PURSUANT TO LOCAL RULE 7-10** |
| vs. | |
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, *et al.*, | |
| Defendants. | |

1  The Court, having considered Defendant Pacific Maritime Association's *Ex Parte* Application, and for good cause shown, orders as follows:

**IT IS HEREBY ORDERED THAT** the *Ex Parte* Application is **GRANTED** and Defendant Pacific Maritime Association shall be permitted to file a sur-reply.  Pacific Maritime Association's sur-reply is deemed filed and served as of this date.

IT IS SO ORDERED.

DATED: February 15, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge

CASE NO. 2:14-CV-05604-BRO-SS