UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-5604 BRO (SSx) | Date | February 17, 2017 |
|---|---|---|---|
| Title | Surf City Steel, Inc., et al. v. International Longshore and Warehouse Union, et al. | | |

| Present: The Honorable | **SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE** | |
|---|---|---|
| Marlene Ramirez | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER VACATING HEARING ON DEFENDANTS' MOTION TO PRECLUDE EVIDENCE, COMPEL RESPONSES AND ORDER SANCTIONS (DKT 133)**

The Court has reviewed the Motion and related filings. The Court has determined that the Motion is capable of resolution without a hearing. Accordingly, pursuant to Local Rule 7-15, the hearing date of February 21, 2017 is VACATED and no appearance is necessary, unless otherwise advised by the Court.

IT IS SO ORDERED.

00 : 00

Initials of Preparer    mr